IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO E. ILARRAZA,<br>　　　Plaintiff,<br><br>v.<br><br>SUPERINTENDENT KERESTES,<br>et al,<br>　　　Defendants. | : CIVIL ACTION NO. 1:15-cv-2257<br>:<br>:<br>:<br>: (Rambo, J)<br>: (Saporito, M.J.) |

FILED
WILKES BARRE
MAR 1 6 2016
Per _____ MS _____

## MEMORANDUM

This matter is before the court on the plaintiff's motion for reconsideration (Doc. 27) of our order (Doc. 18) denying the appointment of counsel and his recent motion for the appointment of counsel (Doc. 28).

The plaintiff requests counsel this time because his English is not good and he is unable to afford counsel. For the reasons set forth in our Memoranda dated December 7, 2015 (Doc. 13) and December 10, 2015 (Doc. 17), the motions will be denied without prejudice.

In the event that future proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon motion of the plaintiff.

A separate Order follows.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 16, 2016