IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JULIO E. ILARRAZA,                   :
      Plaintiff,                        :     CIVIL ACTION NO. 1:15-cv-2257
                          :
    v.                                :
                          :     (Rambo, J)
SUPERINTENDENT KERESTES,:     (Saporito, M.J.)
et al,                               :
      Defendants.                       :

**FILED**
**WILKES BARRE**
MAR 1 6 2016

Per _____ MS

## ORDER

AND NOW, this 16th day of March, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion for reconsideration (Doc. 27) and motion to appoint counsel (Doc. 28), are hereby DENIED WITHOUT PREJUDICE.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge