IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO E. ILARRAZA,<br>　　　Plaintiff, | CIVIL ACTION NO. 1:15-cv-2257 |
| v. | |
| SUPERINTENDENT KERESTES,<br>et al,<br>　　　Defendants. | (Rambo, J)<br>(Saporito, M.J.) |

## ORDER

AND NOW, this 24th day of March, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion for appointment of counsel (Doc. 36), is hereby DENIED WITHOUT PREJUDICE.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 24, 2016

FILED
WILKES BARRE
MAR 2 4 2016
Per_____ ms